IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JOHN A. DANIELS                                                                                      PLAINTIFF

VERSUS                                                               CIVIL ACTION NO.  2:05cv2067KS-JMR

ROGER SPEED, WAYNE HARVEY,
DALLAS STRINGER, AND GLEN HARVEY                                         DEFENDANTS

ORDER

Upon consideration of the motions to proceed in forma pauperis by the plaintiff in the above entitled action, it is hereby,

ORDERED:

1. That on or before Thursday, December 8, 2005, the plaintiff shall file a response to the following:

(a) state if the plaintiff is presently incarcerated;

(b) if the answer to "(a)" is yes, provide the name and address of the place where the plaintiff is incarcerated;

(c) if the plaintiff is no longer incarcerated, state the date he was released.

This information is needed in order to address the plaintiff's motion to proceed in forma pauperis.

2.  **That failure to advise this court of a change of address or failure to timely comply with any order of this court will be deemed as a purposeful delay and contumacious act by the plaintiff and will result in this cause being dismissed without prejudice and without further notice to the plaintiff.**

3. That the Clerk of Court is directed to mail a copy of this order to the plaintiff at his last known address.

THIS, the 17th day of November, 2005.


                    s/ John M. Roper
                CHIEF MAGISTRATE JUDGE