

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JOHN A. DANIELS                                                                PLAINTIFF

VERSUS                                          CIVIL ACTION NO. 2:05cv2067KS-JMR

ROGER SPEED, WAYNE HARVEY,
DALLAS STRINGER, AND GLEN HARVEY                              DEFENDANTS

ORDER

Upon consideration of the conditions of confinement complaint filed pursuant to 42 U.S.C. § 1983 by the plaintiff in the above entitled action, it is hereby,

ORDERED:

1. That on or before Friday, January 27, 2006, the plaintiff shall file an amended complaint to

> (a) specifically state how defendant ROGER SPEED violated the plaintiff's constitutional rights;
>
> (b) specifically state how defendant WAYNE HARVEY violated the plaintiff's constitutional rights;
>
> (c) specifically state how defendant DALLAS STRINGER violated the plaintiff's constitutional rights;
>
> (d) specifically state how defendant GLEN HARVEY violated the plaintiff's constitutional rights;
>
> (e) specifically state how the plaintiff was prejudiced because he was not allowed access to the law library;
>
> (f) specifically state if the plaintiff was represented by an attorney during the time he was requesting access to the law library; and
>
> (g) specifically state the name of the defendant or defendants who refused to have the plaintiff's mail delivered or mailed to the courts.

This requirement is made because the original complaint is unclear concerning these matters.

2. **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and will result in this cause being dismissed without prejudice and without further notice to the plaintiff.**

3. That the Clerk of Court is directed to mail a copy of this order to the plaintiff at his last known address.

THIS, the 6th day of January, 2006.

                                  s/ John M. Roper
                                  CHIEF UNITED STATES MAGISTRATE JUDGE