IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JOHN A. DANIELS                                                                                          PLAINTIFF

VERSUS                                                    CIVIL ACTION NO.  2:05cv2067KS-JMR

ROGER SPEED, WAYNE HARVEY,
DALLAS STRINGER, AND GLEN HARVEY                                          DEFENDANTS

### FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal.  Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the <u>15th</u> day of May, 2006.


s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE